UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:13-CR-99 RLM |
| ) | |
| NORA GUARDIOLA ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on September 12, 2013 [Doc. No. 7]. Accordingly, the court now ADOPTS those findings and the recommendation, ACCEPTS defendant Nora Guardiola's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:   October 2, 2013

　　　　　　　　　　　　　　　　　　   /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　United States District Court